FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

# UNITED STATES DISTRICT COURT
## DISTRICT OF WYOMING

MARGARET BOTKINS, CLERK
CHEYENNE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DERIK LEE DAHL,<br><br>    Defendant. | **CRIMINAL COMPLAINT**<br><br>Case Number: 20-MJ-05-S |

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

From on or about September 24, 2019, through and including the date of this complaint, in the District of Wyoming, the Defendant, **DERIK LEE DAHL**, did knowingly, willfully, and unlawfully travel in interstate commerce from Sweetwater County, in the District of Wyoming, with intent to avoid prosecution under the laws of the State of Wyoming for the crimes of felony offenses related to interference with custody.

In violation of 18 U.S.C. § 1073.

I further state that I am a Deputy with the United States Marshal Service and that this complaint is based on the following facts:

*(See attached Sworn Statement)*

Continued on the attached sheet and made a part hereof.

Signature of Complainant
ROSS MUESKE

Sworn to before me and subscribed in my presence,

January 27, 2020                                    at          Cheyenne, Wyoming
Date                                                                     City and State

HON. KELLY H. RANKIN
Chief United States Magistrate Judge
Name & Title of Judicial Officer                         Signature of Judicial Officer

1

## SWORN STATEMENT IN SUPPORT OF CRIMINAL COMPLAINT
## DEPUTY ROSS MUESKE
### *U.S. v. DERIK LEE DAHL*

I, Ross Mueske, being duly sworn, do hereby depose:

1. I am a Deputy United States Marshal. I have been employed with the U.S. Marshals Service since March, 1999, and have promoted to and maintain the position of Criminal Investigator. I hold a Bachelor's Degree in Sociology with a Criminal Justice Emphasis from the University of Northern Colorado.

2. One component of my duties as a Deputy U.S. Marshal is the investigation of fugitive cases for both federal and state agencies.

3. This affidavit is made in support of a criminal complaint against, and an arrest warrant for **Derik Lee DAHL** for violation of 18 U.S.C. § 1073, Unlawful Flight to Avoid Prosecution.

4. In Green River, WY, **DAHL** faces three charges of Wyo. Stat. Ann. §6-2-204(a)(ii), INTERFERENCE WITH CUSTODY.

5. On or about September 24, 2019, **DAHL** failed to return his three young sons to their rightful and full legal custodian, their birth mother.

6. The children's mother advised that **DAHL** had relocated the children to New Town, North Dakota, which is located on the TAT (Three Affiliated Tribes; The Mandan, Hidatsa, and Arikara) reservation.

7. **DAHL** is an enrolled member in one of the TAT.

8. **DAHL** enrolled his children in school in New Town, ND, within the TAT reservation boundaries, proving he had no intention of returning the children.

2

9. Per conversations with personnel from the Green River, WY police authorities, there is reason to believe **DAHL** is aware of law enforcement's interest in his capture. This is so, in part, due to **DAHL** changing his telephone number and relocating to an Indian reservation to make his apprehension more difficult for Wyoming authorities, as reported by the mother and custodian of his children. Since departing with his children, **DAHL** was contacted by tribal law enforcement on the TAT reservation at which time his children were retrieved. Though a stolen pistol was found in the glove compartment of his vehicle, the tribal authorities either chose not to honor the state arrest warrant from WY or simply did not endeavor to complete routine checks of **DAHL** which would have yielded pertinent information. Based upon personal professional experience, it is my estimation that this event would have provided **DAHL** with confirmation of a lawful pursuit against him. Additionally, **DAHL** has commented to his children's mother regarding awareness of his wrongdoing. Therefore, **DAHL** remains at large as a cognizant and deliberate fugitive.

10. The Sweetwater County Sheriff (WY) has indicated its intention to extradite **DAHL** from whatever location at which he may be encountered.

11. The relevant Sweetwater County Information and arrest warrant are found attached to this AFFIDAVIT.

**END OF SWORN STATEMENT**

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL DISTRICT

WITHIN AND FOR SWEETWATER COUNTY, WYOMING

FILED
Court of Sweetwater Co.
Third Judicial District

OCT 1 1 2019

Sweetwater County, Wyoming
BY: _____

| | |
|---|---|
| THE STATE OF WYOMING, ) | |
|     Plaintiff, ) | **CRIMINAL WARRANT** |
|     vs. ) | DOCKET NO. CR-2019- 1094 P |
| DERIK LEE DAHL, ) | |
|     Defendant. ) | |

Originating Officer: Corporal Gary Bach, Green River Police Department

To the Sheriff of Sweetwater County, or any Constable of said County, Greetings:

    WHEREAS, Lora E. Cooper 7-5061, Deputy Sweetwater County and Prosecuting Attorney, has this day complained to me in writing, on oath, that:

**DERIK LEE DAHL**
**1700 WILSON STREET, LOT 22, GREEN RIVER, WY 82935**
**DOB-3/8/1982; SSN-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**
**RACE-CAUCASIAN; SEX-MALE; HEIGHT-6' 1"; WEIGHT-240 LBS.**
**HAIR-BROWN; EYES-BROWN**

did, on or about the 24th day of September 2019 in the County and State aforesaid, unlawfully

**COUNT I**

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Having no privilege to do so

5. Failed to return a minor, I.D., to the person entitled to have custody of the minor.

    contrary to W.S. §6-2-204(a)(ii) - INTERFERENCE WITH CUSTODY,

LC/sj

a felony punishable by imprisonment for not more than five (5) years, a fine of not more than ten thousand dollars ($10,000.00), or both- W.S. §6-2-204(e) and W.S. §6-10-102.

## COUNT II

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Having no privilege to do so

5. Failed to return a minor, D.D., to the person entitled to have custody of the minor.

contrary to W.S. §6-2-204(a)(ii) - INTERFERENCE WITH CUSTODY,

a felony punishable by imprisonment for not more than five (5) years, a fine of not more than ten thousand dollars ($10,000.00), or both- W.S. §6-2-204(e) and W.S. §6-10-102.

## COUNT III

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Having no privilege to do so

5. Failed to return a minor, K.D., to the person entitled to have custody of the minor.

contrary to W.S. §6-2-204(a)(ii) - INTERFERENCE WITH CUSTODY,

a felony punishable by imprisonment for not more than five (5) years, a fine of not more than ten thousand dollars ($10,000.00), or both- W.S. §6-2-204(e) and W.S. §6-10-102.

## COUNT IV

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Willfully took away a vehicle, to-wit, a 1992 Ford Van, which was the property of another, to-wit, Jessica Causey,

LC/sj

5. Without the specific authority of the owner or the owner's authorized and accredited agent.

6. For the purpose of temporarily making use of the vehicle.

contrary to W.S. §31-11-102 – UNAUTHORIZED USE OF VEHICLE,

a misdemeanor punishable by imprisonment for not more than one (1) year, a fine of not more than one thousand dollars ($1,000.00) or both, W.S. §31-11-102.

and pray that the said **DERIK LEE DAHL** might be arrested and dealt with according to law; now, therefore, in the name of the State of Wyoming you are hereby commanded forthwith to apprehend the said **DERIK LEE DAHL** and bring said Defendant before me to be dealt with according to law.

GIVEN under my hand this __11__ day of October 2019.

_____
Circuit Court Judge

[ ] BOND $_____ cash or surety, obtain Court date pre-release
[ ] BOND $_____ cash only, bond may be forfeited in lieu of appearance
[X] NO BOND – MUST APPEAR

LC/sj

IN THE CIRCUIT COURT OF THE THIRD JUDICIAL DISTRICT

WITHIN AND FOR SWEETWATER COUNTY, WYOMING

FILED
Circuit Court of Sweetwater Co.
Third Judicial District

OCT 1 1 2019

Sweetwater County, Wyoming
BY: _____

| | |
|---|---|
| THE STATE OF WYOMING, ) | |
| ) | **INFORMATION** |
| Plaintiff, ) | |
| ) | DOCKET NO. CR-2019- 1094 P |
| vs. ) | |
| ) | |
| DERIK LEE DAHL, ) | |
| ) | |
| Defendant. ) | |

COMES NOW Lora E. Cooper 7-5061, Deputy County and Prosecuting Attorney of the County of Sweetwater and State of Wyoming, and in the name and by the authority of the State of Wyoming informs the Court and gives the Court to understand that **DERIK LEE DAHL**, on or about the 24th day of September 2019, in the County of Sweetwater in the State of Wyoming, did unlawfully

### COUNT I

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Having no privilege to do so

5. Failed to return a minor, I.D., to the person entitled to have custody of the minor.

contrary to W.S. §6-2-204(a)(ii) - **INTERFERENCE WITH CUSTODY**,

a felony punishable by imprisonment for not more than five (5) years, a fine of not more than ten thousand dollars ($10,000.00), or both- W.S. §6-2-204(e) and W.S. §6-10-102.

### COUNT II

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

LC/sj

3. The Defendant, DERIK L. DAHL

4. Having no privilege to do so

5. Failed to return a minor, D.D., to the person entitled to have custody of the minor.

contrary to W.S. §6-2-204(a)(ii) - INTERFERENCE WITH CUSTODY,

a felony punishable by imprisonment for not more than five (5) years, a fine of not more than ten thousand dollars ($10,000.00), or both- W.S. §6-2-204(e) and W.S. §6-10-102.

## COUNT III

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Having no privilege to do so

5. Failed to return a minor, K.D., to the person entitled to have custody of the minor.

contrary to W.S. §6-2-204(a)(ii) - INTERFERENCE WITH CUSTODY,

a felony punishable by imprisonment for not more than five (5) years, a fine of not more than ten thousand dollars ($10,000.00), or both- W.S. §6-2-204(e) and W.S. §6-10-102.

## COUNT IV

1. On or about the 24th day of September, 2019

2. In Sweetwater County, Wyoming

3. The Defendant, DERIK L. DAHL

4. Willfully took away a vehicle, to-wit, a 1992 Ford Van, which was the property of another, to-wit, Jessica Causey,

5. Without the specific authority of the owner or the owner's authorized and accredited agent.

6. For the purpose of temporarily making use of the vehicle.

contrary to W.S. §31-11-102 – UNAUTHORIZED USE OF VEHICLE,

a misdemeanor punishable by imprisonment for not more than one (1) year, a fine of not more than one thousand dollars ($1,000.00) or both, W.S. §31-11-102.

LC/sj

contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Wyoming.

Based on the above information I pray the Court authorize the issuance of a warrant for the arrest of **DERIK LEE DAHL** for the crimes of Interference with Custody (Fails to Return Minor), a felony (3 counts), and Unauthorized Use of Vehicle, a misdemeanor.

DATED this 11th day of October 2019.

Lora E. Cooper 7-5061
Deputy County and Prosecuting Attorney
80 West Flaming Gorge Way, Suite 21
Green River, WY 82935
Office: (307) 872-3830

LC/sj

FILED
Circuit Court of Sweetwater Co.
Third Judicial District

OCT 11 2019

Sweetwater County, Wyoming
BY: [signature]

# IN THE CIRCUIT COURT OF THE THIRD JUDICIAL DISTRICT

## WITHIN AND FOR SWEETWATER COUNTY, WYOMING

| | | |
|---|---|---|
| THE STATE OF WYOMING, | ) | **FACTS IN SUPPORT** |
| | ) | **OF VERIFIED INFORMATION** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | DOCKET NO. CR-2019- 1094 P |
| | ) | |
| DERIK LEE DAHL, | ) | |
| | ) | |
| Defendant. | ) | |

I, Lora E. Cooper 7-5061, being first duly sworn upon my oath according to law, depose and state as follows:

That I am employed by the Sweetwater County Attorney's Office and I have read the report of Corporal Gary Bach of the Green River Police Department, which states substantially as follows:

1. On September 24, 2019, officers of the Green River Police Department took a report of possible interference with custody and unauthorized use of a vehicle. Jessica Causey requested a welfare check on her children, whom she had last seen with their father, DERIK DAHL. Causey stated that she and DAHL had three children and they had been separated for two years, but they had been handling custody by agreement, not a court order. She and DAHL had exchanged custody on Friday, September 20, 2019, per their agreement. Causey learned that her youngest child, KD (YOB: 2016), was not at daycare on Monday, September 23, 2019, and that her two older children, ID (YOB: 2007) and DD (YOB: 2013) had been taken out of school. Causey tried to reach DAHL by phone, but his phone was shut off. Causey also tried to reach her oldest child, who has his own phone, without success.

2. Causey told law enforcement that she believed DAHL had removed the children from the state, as he has family in California and in Montana. DAHL is a registered member of a Native American tribe in Montana. Causey further reported that DAHL was driving a 1992 Ford Van that she owned, and that she had not given him permission to take the van out of state with the children. Both parties had lived in Green River, but DAHL has apparently left the area.

3. Causey provided Cpl. Bach with contact information for DAHL's mother, Sherry, who lives in California. Cpl. Bach spoke with Sherry, who advised that she had spoken with DAHL over the weekend and he "seemed fine." Sherry was not comfortable providing contact information for DAHL, but she would reach out to him. Sherry called back later and told Cpl. Bach that she had received a text message from DAHL stating that he and the kids were alright. Cpl. Bach asked Sherry to have DAHL call him, but Cpl. Bach has not received a phone call from DAHL.

LC/sj

4. On September 24, 2019, Causey received a report that DAHL and the children were seen at Walmart in Sheridan, Wyoming. DAHL has a step-mother that lives nearby in Buffalo, Wyoming.

5. On September 25, 2019, Cpl. Bach contacted the Buffalo Police Department and the Johnson County Sheriff's Office to request agency assistance. A deputy spoke with DAHL's step-mother, who stated that she had not seen DAHL. At the deputy's request, she reached out to the rest of the family, and learned that DAHL had been seen in Fairview, Montana.

6. On September 25, 2019, Cpl. Bach learned that Causey had been granted an ex parte custody order, granting her temporary legal custody of the children. Cpl. Bach advised Causey that it would not go into effect until DAHL was actually served with the order. Later that evening, Causey received a text message from a number she did not recognize that stated the kids were fine and "I'm with family." Causey provided the number to Cpl. Bach, as a number that DAHL might now be using.

7. On September 26, 2019, Cpl. Bach learned that the phone number provided came back to a tracfone, which could not be pinged for location information. Causey contacted Cpl. Bach and advised him that DAHL had been seen in Fairview, Montana, by family members, and that she believed he was headed to his grandmother's home in Wolf Point, Montana. Cpl. Bach contacted the Wolf Point Police Department, who then reached out to several of DAHL's family members in the area, but no one reported seeing DAHL or the children. The Wolf Point Police Department contacted the Sheriff's Office and the Bureau of Indian Affairs to check DAHL's grandmother's residence on the reservation, but Cpl. Bach has not heard from either agency.

8. Numerous messages have been left with DAHL's relatives and on DAHL's phone, but he has not contacted law enforcement.

9. On September 27, 2019, Officer Holzgrafe received information from Barb Fischer, the front office secretary from Truman Elementary. DAHL had called in to state that DD was out of town for a "family emergency." DAHL also inquired as to how long the children could be gone from school without being withdrawn from the school system. Fischer told DAHL about the school's attendance policy at that time, but did not mention the welfare check and investigation that was going on.

10. On September 30, 2019, Regina Carson, the front office secretary from Lincoln Middle School, contacted Officer Holzgrafe, and reported that she had been contacted by DAHL. DAHL reported that ID was out of town for a family emergency and that he (DAHL) was not sure when ID would return. Carson advised that she had told DAHL about the school's attendance policy, and that ID would be dis-enrolled if he didn't return to school by October 4, 2019. Carson provided the contact number from the phone call to Holzgrafe, who updated DAHL's contact information in their system.

11. On October 7, 2019, Officer Lynch spoke with Causey about the ownership of the vehicles between herself and DAHL. Causey explained that DAHL had taken her van, a 1992 Ford, and has not returned it or her children. Causey has a truck in her possession that is registered to both parties, but the Ford Van is in her name only.

LC/sj

That all of the above-described events took place within the geographical boundaries of Sweetwater County, Wyoming.

**THE STATE OF WYOMING** )
: ss.
**COUNTY OF SWEETWATER** )

I, Lora E. Cooper 7-5061, Deputy County and Prosecuting Attorney of the County of Sweetwater in the State of Wyoming, do solemnly swear that I have read the above and foregoing information by me subscribed, that I know the contents thereof and that the facts therein stated are true (or that I have been reliably informed and verily believe the facts therein stated to be true).

**DATED** this __11th__ day of October 2019.

_Lora Cooper_
Petitioner: Lora E. Cooper 7-5061
Deputy County and Prosecuting Attorney
80 West Flaming Gorge Way, Suite 21
Green River, WY 82935
Office: (307) 872-3830

Subscribed and sworn to before me this __11th__ day of October 2019.

_Susan Jackson_
Notary Public

10/11/2019

SUSAN JACKSON - NOTARY PUBLIC
COUNTY OF SWEETWATER
STATE OF WYOMING
MY COMMISSION EXPIRES 4-15-20

LC/sj

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | DERIK LEE DAHL |
| **DATE:** | January 27, 2020 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | No |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 1073**<br>(Unlawful Flight to Avoid Prosecution)<br><br>0-5 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | Ross Mueske, USMS |
| **AUSA:** | Jonathan C. Coppom, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | Yes. The Court should not grant bond as the Defendant is not bondable. |